

February 27, 2019

**VIA ECF**

**Martin P. Duffey**
Direct Phone   215-665-2780
Direct Fax       215-701-2480
mduffey@cozen.com

Hon. Therese Wiley Dancks
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

Re:   Donald M. McCall, Jr., et al. v. United States of America
      Civil Action No. 5:18-cv-695 (BKS/TWD)
      Our File No. 394664

Dear Judge Dancks:

Our law firm represents the Plaintiff, Donald McCall in the above captioned matter.  There is currently a telephone status conference scheduled with the Court and all counsel for Monday, March 11, 2019 at 10 a.m.  Unfortunately, I recently learned that I will be unavailable on that date and time.  I am currently scheduled to begin trial in the Court of Claims in White Plains, on March 4, 2019.  I had originally anticipated that the trial would be completed by Friday, March 8, 2019.  However, the expert for the Defendant is not available until March 11, 2019 and the Court has agreed to allow him to provide his testimony on that date.

Under the circumstances, I respectfully request an adjournment of the telephone status conference.  I have communicated with defense counsel who consents to this request.  Defense counsel and I are both available on March 12 and 15, 2019 if one of those dates works for the Court.

We look forward to hearing from you.


Respectfully submitted,

COZEN O'CONNOR

BY:   MARTIN P. DUFFEY

MPD/js

cc:   Ransom P. Reynolds, III, Esquire


LEGAL\40091144\1